IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

       v.                                 Case No. 4:18-CR-40087-JPG-1

RANDALL L. WALKER,

    Defendant.

## MEMORANDUM AND ORDER

    This matter comes before the Court on defendant Randall L. Walker's motion for a reduction of his criminal sentence pursuant to 18 U.S.C. § 3582(c)(2) and United States Sentencing Guidelines Manual ("U.S.S.G.") § 1B1.10, making Amendment 821 retroactive (Docs. 74 & 78).  The Government agrees with counsel's motion (Doc. 81).

    The parties agree that the defendant is eligible for a reduction under Part A of Amendment 821, which amended U.S.S.G. § 4A1.1(e) (2023) and concerns criminal history points awarded because a defendant was under a criminal sentence when he committed his offense of conviction ("status points").  Under Amendment 821, the defendant's 2 status points are reduced to 1 status point, and his criminal history category is reduced from V to IV.  The result is that his guideline sentencing range is lowered.  Considering this lowered range, the parties agree that a sentence reduction from 230 months to 210 months in prison on Count 1 is appropriate.  The Court agrees for the reasons set forth in the motion.

    Accordingly, the Court **GRANTS** the motion (Doc. 78) and reduces the defendant's sentence of imprisonment on Count 1 from 230 months to **210 months** effective February 1, 2024.  The Court attaches its standard order (AO Form 247) reflecting the sentence reduction. The defendant's *pro se* motion for a sentence reduction is **DENIED as moot** in light of this order (Doc. 74).

**IT IS SO ORDERED.**
**DATED:  January 26, 2024**

                                 s/ J. Phil Gilbert
                                 **J. PHIL GILBERT**
                                 **U.S. DISTRICT JUDGE**